Larry Eugene President
TDCJ-CID #798559
Michael Unit
2664 FM 2054
Tennessee Colony, tX   75886



RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 09 20͏15

Abel Acosta, Clerk

December 29, 2014


Clerk
Texas Court of Criminal Appeals
P.O. Box 12308  Capitol Station
Austin, TX   78711


Re: Cause No. 03-93-00193-CR
        The State of Texas v. Larry Eugene President


Dear Clerk:

I am in need of the following records that is filed in your office related to the above cause:

1. Appellee's State Brief;
2. State's Answer to Petitioner's Petition for Discretionary Review is such was filed;
3. White Card Refusing Petitioner's Petition for Discretionary Review.

Your kind assistance is greatly appreciated.



Sincerely,


Larry Eugene President